IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN ELK FOUNDATION and PROPERTY AND ENVIRONMENTAL RESEARCH CENTER<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S DEPARTMENT OF THE INTERIOR and U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | CV 25-29-BU-KLD<br><br><br>ORDER |

Plaintiffs move for the admission of Dylan F. Soares to practice before this Court in this case with Jonathan Wood to act as local counsel. Mr. Soare's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Dylan F. Soares pro hac vice is GRANTED on the condition that Mr. Soares shall do his own work. This means that Mr. Soares must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Soares, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 17th day of March, 2025.

Kathleen L. DeSoto
United States Magistrate Judge