UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Rocky Mountain Elk Foundation et al,<br><br>                Plaintiffs,<br>vs.<br><br>U.S. Department of the Interior et al,<br><br>                Defendants. | Case No. CV-25-29-BU-KLD<br><br>NOTICE OF ASSIGNMENT AND FORM TO WITHHOLD CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

NOTIFICATION OF ASSIGNMENT
TO UNITED STATES MAGISTRATE JUDGE

This case has been assigned to a United States magistrate judge for the District of Montana. If you agree to have a magistrate judge preside over your case for all purposes, including dispositive matters, trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals, you may complete the attached form indicating your consent or do nothing.  The court will treat your inaction as your knowing and voluntary decision to proceed before a magistrate judge.

If you want an Article III district court judge to oversee your case, you must complete and return the attached form no later than fourteen (14) days from the date of this notification. An Article III district court judge will then be assigned to retain jurisdiction of the case.

Consent to a magistrate judge is voluntary and entirely up to the parties. All parties have the right to have an Article III district court judge assigned to hear their case by completing the attached form indicating they wish to withhold their consent to have a magistrate judge exercising jurisdiction over the case. The parties are free to object to a magistrate judge's exercise of jurisdiction without adverse substantive consequences. Where one or more parties denies consent, a magistrate judge may still be involved in the case and make certain decisions before trial, like the handling of discovery disputes and other pretrial and non-dispositive issues. Objecting to a magistrate judge's exercise of jurisdiction may have the adverse procedural consequence of a delay in trial due to speedy trial considerations in criminal cases.

To refuse consent, registered CM/ECF filers should e-file the attached notice regarding consent form using the event "Notice Regarding Consent to the Exercise of Jurisdiction by a United States Magistrate Judge" (in non-social security cases) or the "Social Security Notice Regarding Consent to the Exercise of Jurisdiction by a United States Magistrate Judge" (in social security cases). These events are found by clicking "Civil" and selecting "Consents" under the "Other Filings" heading. The name of the filer of these forms will not be included in the court's docket and the PDF attached to the entry is restricted to protect the voluntariness of the party's consent under 28 U.S.C. § 636(c)(2). Non-registered filers should mail the attached

form to the Clerk of Court, Missoula Division, 201 E Broadway St, Missoula MT 59802, conventionally, via United States Mail,

In accord with Fed.R.Civ.P. 73(b) and L.R. 73.1, no Article III judge or magistrate judge will be informed of your response to this notification.

**Each party will be deemed to have knowingly and voluntarily consented to proceed before a magistrate judge if the attached form is not returned within fourteen (14) days of this notification.**

DATED this 16th day of May, 2025.

                                        TYLER P. GILMAN, CLERK
                                        UNITED STATES DISTRICT COURT

**ACTION REQUIRED!**

                                        /s/ Annie Puhrmann
                                        Deputy Clerk

CASE NUMBER:  CV-25-29-BU-KLD

Rocky Mountain Elk Foundation et al,

Plaintiffs,

vs.

U.S. Department of the Interior,

Defendants.

NOTICE REGARDING CONSENT TO THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The undersigned **DOES NOT** consent to the exercise of jurisdiction by a United States magistrate judge and requests the case be assigned to an Article III district judge.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |