Kristine M. Akland
Center for Biological Diversity
317 E. Spruce St.
Missoula, MT 59802
(406) 544-9863
kakland@biologicaldiversity.org

Lia Comerford
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6420
lcomerford@biologicaldiversity.org

Brian Segee, *application for pro hac vice pending*
Center for Biological Diversity
226 W. Ojai Ave., Suite 101-442
Ojai, CA 93023
(805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Defendant-Intervenor*
*Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| ROCKY MOUNTAIN ELK FOUNDATION, *ET AL*.<br>        Plaintiffs,<br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *ET AL*.<br>        Defendants. | Case No. 25-CV-00029-KLD<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY BRIAN SEGEE** |

1

Under Local Civil Rule 83.1(d), I, Kristine M. Akland, local counsel for proposed Defendant-Intervenor Center for Biological Diversity in the above-captioned matter, hereby respectfully move the Court to admit attorney Brian Segee *pro hac vice* as counsel for all plaintiffs in the above-captioned case. I am a member in good standing of the Bar of this Court. Mr. Segee's contact information is as follows:

Brian Segee
Center for Biological Diversity
226 W. Ojai Ave., Suite 101-442
Ojai, CA 93023
(805) 750-8852
bsegee@biologicaldiversity.org

Mr. Segee's declaration in support of this motion is attached hereto.

I shall participate actively in all phases of the case, including, but not limited, to attendance at depositions and court proceedings, preparation of briefs and discovery requests and responses, and all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times. I shall perform my duties as local counsel as required in Local Civil Rule 83.1(d)(2) & (d)(6).

Pursuant to Local Civil Rule 83.1(d)(4), the movant here need not comply with Local Civil Rule 7.1(c)(1) concerning other parties' positions.

Respectfully submitted this 23rd day of June 2025.

*/s/Kristine M. Akland*

2

Kristine M. Akland
Center for Biological Diversity

*Attorney for Plaintiffs*