IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN ELK FOUNDATION and PROPERTY AND ENVIRONMENTAL RESEARCH CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>DEFENDERS OF WILDLIFE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Defendant-Intervenors. | CV 25–29–BU–DWM<br><br>ORDER |

Defendant Intervenor Center for Biological Diversity moves for the admission of Brian Segee to practice before this Court in this case with Kristine Akland to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant Intervenor's motion to admit Brian Segee *pro hac vice* (Doc. 32) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his

1

or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Use of generative AI drafting programs, such as Chat GPT, is prohibited. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

    DATED this 23rd day of June, 2025.

                                             Donald W. Molloy, District Judge
                                             United States District Court