IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN ELK FOUNDATION and PROPERTY AND ENVIRONMENTAL RESEARCH CENTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR and U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>and<br><br>DEFENDERS OF WILDLIFE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Defendant-Intervenors. | CV 25–29–BU–DWM<br><br>ORDER |

The parties having filed their proposed case management plan, (Doc. 36), IT IS ORDERED that the following schedule shall govern the proceedings in this case:

| | |
|---|---|
| Certification of Administrative Record | August 15, 2025 |
| Motion to Amend the Pleadings or Stay/Remand | September 29, 2025 |

1

| | |
|---|---|
| Motion to Complete/Supplement the Administrative Record | October 10, 2025 |
| Plaintiffs' Motion for Summary Judgment (8,000 words) | October 31, 2025 |
| Federal Defendants' Combined Cross-Motion and Response (8,000 words) | November 21, 2025 |
| Intervenor-Defendants' Combined Cross-Motion and Response (7,000 words) | December 12, 2025 |
| Plaintiffs' Combined Response and Reply (8,000 words) | January 16, 2026 |
| Federal Defendants' Reply (4,000 words) | January 30, 2026 |
| Defendant-Intervenors' Reply (3,500 words) | February 13, 2026 |

IT IS FURTHER ORDERED that a separate statement of facts is not required with the summary judgment motions, abrogating Local Rule 56.1.

IT IS FURTHER ORDERED that any motion to complete/supplement the administrative record, amend the pleadings, or stay/remand the case will be governed by both the word limits and the briefing schedule outlined in Local Rule 7.1. The summary judgment schedule will not be stayed by the filing of any such motion or an amendment of the pleadings, nor will the Court entertain a delay of this schedule on those grounds.

IT IS FURTHER ORDERED that in addition to filing all summary judgment briefs/responses/replies on the electronic docket, the parties are required to contemporaneously submit a thumbdrive containing a digital version of the brief (Word or PDF) with hyperlinks to the record citations.

DATED this 16th day of July, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court