Kristine M. Akland
Center for Biological Diversity
317 E. Spruce St.
Missoula, MT 59802
(406) 544-9863
kakland@biologicaldiversity.org

Lia Comerford
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6420
lcomerford@biologicaldiversity.org

Brian Segee
Center for Biological Diversity
226 W. Ojai Ave., Suite 101-442
Ojai, CA 93023
(805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Defendant-Intervenor Center for Biological Diversity*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| ROCKY MOUNTAIN ELK FOUNDATION, et al.,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF INTERIOR, et al.,<br><br>     *Defendants*, | Case No. 2:25-cv-00029-DWM<br><br>**ACKNOWLEDGEMENT OF TANYA SANERIB FOR APPEARANCE PRO HAC VICE** |

1

and

DEFENDERS OF WILDLIFE and
CENTER FOR BIOLOGICAL
DIVERSITY,

      *Defendant-Intervenors.*

I, Tanya Sanerib, state and acknowledge that I have reviewed the Order issued by this Court on July 22, 2026 (Dkt. No. 45) granting Defendant-Intervenor Center for Biological Diversity's motion to allow myself to appear pro hac vice in this case. Pursuant to that Order, I hereby accept and acknowledge admission in this case under the terms set forth in that Order. Lia Comerford will serve as lead counsel for Center for Biological Diversity, while Kristine Akland will serve as local counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

      Respectfully submitted this 23 day of July, 2026,

      /s/ *Tanya Sanerib*
      Tanya Sanerib (pro hac vice)
      Center for Biological Diversity
      1025 1/2 Lomas Blvd NW
      Albuquerque, NM 87102
      (206) 379-7363
      tsanerib@biologicaldiversity.org

2